# IN THE

# UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

NO. 10-3430

CATHLEEN R. SAMBRANO,

    Plaintiff-Appellant,

v.

RAY MABUS, Secretary of the Navy,

    Defendant-Appellee.

X - - - - - - - - - - - - - - - - - - - - - - - - - X

MOTION FOR EXTENSION OF TIME TO ANSWER RULE TO SHOW CAUSE

    COMES NOW, plaintiff-appellant, Cathleen Sambrano, by her undersigned Counsel, Arcadio Joaquin Jr., and to this court alleges:

    1. That this Honorable Court, on November 8, 2011, ordered the undersigned counsel within 21 days or up to November 29, 2011, to show cause why he should not be subject to monetary sanctions for filing a frivolous appeal and violating Circuit Rule 30, and why he should not be censured, suspended, or disbarred on account of his apparent inability to practice competently and diligently in the federal courts;

    2. That the undersigned counsel will not be able to file the answer to the rule to show cause on time because of pressure of work related to his practice of law, and also taking into consideration his physical condition after undergoing radiation and

chemotherapy treatments.

WHEREFORE, it is respectfully prayed of this Honorable Court that the undersigned counsel be granted additional 14 days or up to December 13, 2011, to file the answer to the rule to show cause.

S/ ARCADIO JOAQUIN JR.

Attorney for Plaintiff-Appellant

PROOF OF SERVICE

The undersigned, an attorney, under penalties of perjury, hereby certifies that he sent a copy of this motion to the Office of the U.S. Attorney, 219 S. Dearborn Street, 5th Floor, Chicago, IL 60604, this 23rd day of November 2011.

S/ Arcadio Joaquin Jr.

Attorney for Plaintiff-appellant

300 N. State Street, Suite 4124

Chicago, IL 60654

(312) 437-0336